**Blanche Ernestine WILSON, Plaintiff—Appellant,**

v.

**LOS ANGELES SHERIFF'S DEPARTMENT; et al., Defendants—Appellees.**

No. 02–55222.

D.C. No. CV–01–4126–LGB.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Sept. 9, 2002.*

Decided Sept. 20, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM**

Blanche Ernestine Wilson appeals pro se the district court's order dismissing her complaint without prejudice.

Because the district court's order clearly contemplated further amendment of the complaint, the order is not a final judgment within the meaning of 28 U.S.C. § 1291. *See WMX Techs., Inc. v. Miller,* 104 F.3d 1133, 1136 (9th Cir.1997) (en banc). We therefore dismiss this appeal for lack for jurisdiction. *See id.*

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument and denies appellant's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

